IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00862-CBS

CHARLES HARRIS,
    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,
    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The court having reviewed Plaintiff's Notice of Dismissal with Prejudice and being fully advised in the premises, IT IS ORDERED that this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), with each party to pay his or its own attorney's fees and costs.

Dated at Denver , Colorado this 1st day of May, 2014.

                BY THE COURT:

                s/Craig B. Shaffer
                United States Magistrate Judge